UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
 :
DANA M. NULL, : BK. NO. 4-11-04263
 :
　　　　　Debtor : CHAPTER 13

CERTIFICATION OF SERVICE

    Charles A. Szybist, Attorney for Debtor, does hereby certify that he served a true and correct copy of the attached Notice of proposed modifications to the Confirmed Fifth Amended Chapter 13 Plan on the following the creditors listed on the attached Matrix by electronic bankruptcy e-mail and by placing a true and correct copy of same in the United States mail, first-class, postage prepaid, at Williamsport, Pennsylvania, this 26th day of January 2017.

    Respectfully submitted:

*/s/ Charles A. Szybist*_____
CHARLES A. SZYBIST, ESQUIRE
Attorney for Debtor

423 Mulberry Street
Williamsport, PA   17701
Telephone No.:  (570) 326-0550

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                         :
                               :
DANA M. NULL,                  :   BK. NO. 4-11-04263
                               :
           Debtor              :   CHAPTER 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

    Debtor has filed a petition to modify her confirmed Fifth Amended Plan, which said Petition calls for payment and actions already made and which include the following:

    1. Payment in full and settlement of the first and second mortgage obligations on debtor's former residence known as 1428 Woodward Avenue, Lock Haven, Clinton County, Pennsylvania, inside and outside the Plan.

    2. Payment of all secured and priority IRS and PA Department of Revenue taxes due and owing outside the Plan.

    3. Debtor will be excused from borrowing $45,000.00 from the family of James Null.

    4. Debtor has already paid the sum of $6,838.58 as a priority claim to the PA Dept. of Revenue from the proceeds of the sale of Debtor's real estate and mineral rights. Debtor will be excused from payment of the remaining $1,479.00 balance because said claim is unsecured and there are insufficient monies available to pay said claim in full.

    5. Debtor shall not be obligated to pay any adequate protection payments on the mortgages as the mortgages are settled and paid in full.

    6. Debtor was never an officer or had any management function with Log Cabin Manufacturers, LLC, etc, and there is no value for Debtor.

    7. Debtor is abandoning her interest in ANC Trust LLC, owner of Route 56 real estate, bar and restaurant, and the option to purchase the business, as well as the ANC Trust and the 2003 inoperable Jaguar as burdensome and of inconsequential value to the Estate.

    8. Debtor, by the actions set forth above, will have paid all known taxes under the plan, all administrative and secured debtors under the plan, leaving two small general unsecured, non-priority claims remaining against her.

    Notice is hereby given that unless objections are entered to the petition to modify confirmed plan within twenty-one (21) days of the date of this notice, an appropriate Order may be entered. If any objections are made, the matter will be heard on March 24, 2017,

Courtroom #1, 4th floor, US. Courthouse, 240 West Third Street, Williamsport, Pennsylvania.

    Anyone objecting to said petition to modify confirmed Fifth Amended Chapter 13 Plan must notify the Clerk, United States Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, 18701, with a copy to Debtor's attorney, Charles A. Szybist, Esquire, 423 Mulberry Street, Williamsport, Pennsylvania, 17701.

/s/ Charles A. Szybist
CHARLES A. SZYBIST, ESQUIRE
423 Mulberry Street
Williamsport, PA   17701
Telephone No.:  (570) 326-0559

DATED:  January 26, 2017

```
Label Matrix for local noticing        Arrow Financial Services            Brenda Sue Bishop
0314-4                                  5996 W. Touhy Ave.                  Pennsylvania Department of Revenue
Case 4:11-bk-04263-JJT                  Niles, IL 60714-4610                Department 281061
Middle District of Pennsylvania                                             Harrisburg, PA 17128-1061
Williamsport
Wed Feb 22 10:28:24 EST 2012                                                  Electronically

Bradford J. Harris, Esq.                Centric Bank                        Charles A Szybist Law Office
Good & Harris                           f/k/a Vartran National Bank         423 Mulberry Street
132 West Main St                        PO Box 62090                        Williamsport, PA 17701-6311
New Holland, PA 17557-1204              Harrisburg, PA 17106-2090
  Electronically                                                              Electronically

Chase Home Finance LLC                  Chase Home Finance, LLC.            Chesapeake Appalachia LLC
Attn: OH4-7133                          3415 Vision Drive (OH4-7302)        P.O. Box 6070
3415 Vision Drive                       Columbus, OH 43219-6009             Charleston, WV 25362-0070
Columbus, OH 43219-6009
  Electronically                          Electronically

Citizens Auto Finance    Electronically  Citizens Automobile Finance, Inc.  Dana M Null
480 Jefferson Blvd       Bad Address    One Citizens Drive                  PO Box 746
RJE 135                                  Riverside, RI 02915-3000            127 E. Main Street
Warwick RI 02886-1359                                                        Lock Haven, PA 17745-1322
  Electronically                           Electronically

Dana M Null                              David P Null                       David P Null
PO Box 746                               PO Box 746                         PO Box 746
127 E. Main Street                       127 E. Main Street                 127 E. Main Street
Lock Haven, PA 17745                     Lock Haven, PA 17745-1322          Lock Haven, PA 17745
  Electronically                           Electronically

Charles J. DeHart, III (Trustee)         (p)INTERNAL REVENUE SERVICE        Keri P Ebeck
8125 Adams Drive, Suite A                CENTRALIZED INSOLVENCY OPERATIONS  Weltman, Weinberg & Reis, LPA
Hummelstown, PA 17036-8625               PO BOX 7346                        436 Seventh Avenue
                                         PHILADELPHIA PA 19101-7346         Pittsburgh, PA 15219-1826
  Electronically                           Electronically                     Electronically

Gary Moore                               HBSC/Bon Ton                       Bradford J Harris
1428 Woodward Ave.                       P O Box 15221                      Good and Harris, LLP
Lock Haven, PA 17745-7807                Wilmington, DE 19850-5221          132 West Main Street
                                           Bad Address                      New Holland, PA 17557-1204

JP Morgan/Chase                          Jefferson Capital Systems LLC      KW Gas & Oil Co., LLC
Washington Mutual Bank                   PO BOX 7999                        4231 Nittany Valley Drive
P O Box 15298                            SAINT CLOUD MN 56302-7999          Howard, PA 16841-4113
Wilmington, DE 19850-5298
  Electronically

Keystone Credit Collection               Linda Shoemaker as Personal Rep.   M & T Bank/MBNA
Quality Used Outlet                      of Kenneth Shoemaker Estate        1 Fountain Place
124 1/2 East Main St.                    2 Whipoorwheel Lane                Buffalo, NY 14203-1495
Lock Haven, PA 17745-1332                Lock Haven, PA 17745

Mark A. Martini                          Michael J. Shoemaker as Personal   NCUA
Robb Leonard Mulvihill LLP               Rep. of Kenneth Shoemaker Estate   4807 Spicewood Springs Road
BNY Mellon Center                        5041 Coudersport Pike              Austin, TX 78759-8444
500 Grant Street, 23rd Floor             Lock Haven, PA 17745-8715
Pittsburgh, PA 15219-2592
  Electronically                                                              Electronically
```

| | | |
|---|---|---|
| National Credit Union Administratio<br>Board Agent For Lock Haven Area FCU<br>Lock Haven, PA 17745<br>*Bradford Harris* | National Credit Union Administratio<br>Lock Haven Federal Credit Union<br>4807 Spicewood Springs Road<br>Austin, TX 78759-8490<br>*Bradford Harris* | National Credit Union Administration Board<br>4807 Spicewood Springs Road, No. 5100<br>Austin, TX 78759-8438<br>*Bradford Harris* |
| Carl Nolan<br>12 West Second Avenue<br>South Williamsport, PA 17702-7303 | PA Department of Revenue<br>Office of Attorney General<br>15th Floor - Strawberry Square<br>Harrisburg, PA 17120-0001<br>*Electronically* | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914<br>*Dup.* |
| PSECU<br>P O Box 1006<br>Harrisburg, PA 17108-1006 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013<br>*Bad Address* | Wesley Paul Page<br>US Attorney<br>235 North Washington Avenue<br>Scranton, PA 18501-5001<br>*Electronically* |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, Pa. 17128-0946<br>*Electronically* | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Michael A Roman<br>Office of Attorney General<br>Financial Enforcement Section<br>15th Floor - Strawberry Square<br>Harrisburg, PA 17120-0001<br>*Electronically* | Rte 56, Inc. *No longer at address*<br>125 1/2 E. Main St.<br>Lock Haven, PA 17745-1387 |
| Beatriz T. Saiz<br>US Department of Justice, Tax Division<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044-0227<br>*Electronically* | Ann E. Swartz<br>KML Law Group, P.C.<br>Suite 5000 - Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1538<br>*Electronically* | Charles A. Szybist<br>423 Mulberry Street<br>Williamsport, PA 17701-6311 |
| Tax Claim Bureau<br>Clinton County Courthouse<br>232 E. Main Street<br>Lock Haven, PA 17745-1312 | Tax Claim Bureau<br>Clinton County Courthouse<br>232 East Main St.<br>Lock Haven, PA 17745-1312 | United States Trustee<br>PO Box 969<br>Harrisburg, PA 17108-0969<br>*Electronically* |
| Vartan National Bank<br>3601 Vartan Way<br>Harrisburg, PA 17110-9440<br>*Dup.* | Chase<br>700 Kansas Lane<br>Monroe, LA 71203 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service Center<br>Kansas City, MO 64999 | Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |