```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 11-04263-JJT
Dana M. Null                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AGarner            Page 1 of 1            Date Rcvd: Feb 16, 2017
                              Form ID: nthrgreq        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
db            #+Dana M. Null,    P.O. Box 746,    127 E. Main Street,    Lock Haven, PA 17745-1322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. et. al ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Beatriz T. Saiz    on behalf of Creditor    Internal Revenue Service Beatriz.T.Saiz@usdoj.gov, eastern.taxcivil@usdoj.gov
              Bradford J Harris    on behalf of Creditor    National Credit Union Administration Board brad@goodharris.com,    info@goodharris.com;maryann@goodharris.com;bharris@psualum.com
              Brenda Sue Bishop    on behalf of Creditor    PA Dept of Revenue bbishop@attorneygeneral.gov, RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles A. Szybist    on behalf of Debtor Dana M. Null charles.szybist@verizon.net
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Citizens Bank of Pennsylvania kebeck@weltman.com, jbluemle@weltman.com
              Mark A. Martini    on behalf of Creditor    National Credit Union Administration Board mmartini@rlmlawfirm.com
              Mark E Morrison    on behalf of Creditor    Internal Revenue Service USAPAM.Bankr-WilkesBarre@usdoj.gov
              Michael A Roman    on behalf of Attorney    PA Department of Revenue legalfinenf@attorneygeneral.gov
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dana M. Null
**Debtor(s)**

Chapter: 13

Case number: 4:11−bk−04263−JJT

Document Number: 316,321

National Credit Union Administration Board
**Movant(s)**

Matter: Motion to Modify Confirmed Plan and Objection filed

vs.

Dana M. Null
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 13, 2010.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701** | **Date: March 24, 2017** **Time: 10:00 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: AGarner

Date: February 16, 2017