LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Dana M. Null

: CHAPTER 13
:
: CASE NO. 4-11-bk-04263-JJT
:
**Debtor(s)**
National Credit Union Administration Board

: ADVERSARY NO. __-__-ap-_____
: (if applicable)
:
**Plaintiff(s)/Movant(s)**
vs.
Dana M. Null

: Nature of Proceeding: Hearing
:
: Pleading: _____
:
: Document #: _____

**Defendant(s)/Respondent(s)**

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial)    Motion to Modify Confirmed Plan

Hearing Date  03/24/17         Hearing Time  10:00 A.M.

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**

Bradford J. Harris, Esquire

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

03/21/17
Date

Signature of certifying attorney or pro se party

Bradford J. Harris, Esquire
Name of attorney or pro se party