**LOCAL BANKRUPTCY FORM 9074-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER** _____ |
| | : | |
| | : | **CASE NO.** ___-___-bk-_____ |
| | : | |
| | : | |
| **Debtor(s)** | : | |
| | : | **ADVERSARY NO.** ___-___-ap-_____ |
| | : | (if applicable) |
| | : | |
| | : | |
| | : | |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | **Nature of Proceeding:** _____ |
| | : | |
| | : | **Pleading:** _____ |
| | : | |
| | : | |
| | : | |
| **Defendant(s)/Respondent(s)** | : | **Document #:** _____ |

**CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL**

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial)  _____

Hearing Date _____   Hearing Time _____

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**



**3.** I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

_____      _____

Date                                              Signature of certifying attorney or pro se party

_____
Name of attorney or pro se party