## LOCAL BANKRUPTCY FORM 9074-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Dana M. Null

: CHAPTER ___13___

: CASE NO. _4_ - _11_ -bk- _04263-JJT_

:

:

**Debtor(s)** :

National Credit Union Administration Board

: ADVERSARY NO. ___-___-ap-_____
: (if applicable)
:
:
:

**Plaintiff(s)/Movant(s)** :

vs. : Nature of Proceeding: Hearing

Dana M. Null

: Pleading: _____
:
:
:

**Defendant(s)/Respondent(s)** : Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial)    Motion to Modify Confirmed Plan

Hearing Date _4/28/17_    Hearing Time _10:00 A.M._

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**

Bradford J. Harris, Esquire

**3.** I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

_4/28/17_

Date

Signature of certifying attorney or pro se party

Bradford J. Harris, Esquire

Name of attorney or pro se party