LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Dana M. Null

: CHAPTER 13
: CASE NO. 4-11-bk-04263
:
**Debtor(s)**
: ADVERSARY NO. __-__-ap-_____
: (if applicable)
:
**Plaintiff(s)/Movant(s)**
vs.
: Nature of Proceeding: Hearing
:
: Pleading: _____
:
:
**Defendant(s)/Respondent(s)** : Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

### 1. HEARING INFORMATION

Hearing Type (e.g., Motion to Dismiss, Trial)   Motion to Dismiss/Mod. Confirmed Plan

Hearing Date  06/23/2017                Hearing Time  10:00 a.m.

### 2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY

Charles A. Szybist, Esquire

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

June 21, 2017                    /s/ Charles A. Szybist

Date  June 21, 2017              Signature of certifying attorney or pro se party

                                 Charles A. Szybist
                                 Name of attorney or pro se party