LOCAL BANKRUPTCY FORM 9074-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Dana M. Null
                                    : CHAPTER  13
                                    : CASE NO. 4 - 11 -bk- 04263-JJT
                                    :
**Debtor(s)**
National Credit Union Administration Board
                                    : ADVERSARY NO. __-__-ap-____
                                    : (if applicable)
                                    :
**Plaintiff(s)/Movant(s)**
vs.
                                    : Nature of Proceeding: Hearing
Dana M. Null
                                    : Pleading: _____
                                    :
**Defendant(s)/Respondent(s)**     : Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial)  Motion to Modify Confirmed Plan

Hearing Date  6/23/17          Hearing Time  10:00 A.M.

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**

Bradford J. Harris, Esquire

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

___6/21/17___                           ___[signature]___
Date                                    Signature of certifying attorney or pro se party

                                        Bradford J. Harris, Esquire
                                        Name of attorney or pro se party