```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 11-04263-JJT
Dana M. Null                                                  Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-4         User: JGoodling           Page 1 of 1          Date Rcvd: Jun 23, 2017
                             Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db              #+Dana M. Null,    P.O. Box 746,    127 E. Main Street,    Lock Haven, PA 17745-1322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. et. al ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Beatriz T. Saiz    on behalf of Creditor    Internal Revenue Service Beatriz.T.Saiz@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              Bradford J Harris    on behalf of Creditor    National Credit Union Administration Board
               brad@goodharris.com,   info@goodharris.com;maryann@goodharris.com;bharris@psualum.com
              Brenda Sue Bishop    on behalf of Creditor    PA Dept of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Charles A. Szybist    on behalf of Debtor Dana M. Null charles.szybist@verizon.net
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Citizens Bank of Pennsylvania kebeck@weltman.com,
               jbluemle@weltman.com
              Mark A. Martini    on behalf of Creditor    National Credit Union Administration Board
               mmartini@rlmlawfirm.com
              Mark E Morrison    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov
              Michael A Roman    on behalf of Attorney    PA Department of Revenue legalfinenf@attorneygeneral.gov
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
DANA M. NULL, : BK. NO. 4-11-04263
:
          Debtor : CHAPTER 13

ORDER

UPON consideration of Debtor, Dana M. Null's, Petition to modify the confirmed Fifth Amended Chapter 13 Plan because of changes in circumstances and after notice to parties in interest and after hearing thereon, it is hereby

ORDERED and DECREED that Debtor's proposed modifications be and the same are hereby approved and Debtor's Fifth Amended Chapter 13 Plan is modified in the following respects:

1. Debtor, Dana M. Null, is excused from paying all unsecured debt, including joint unsecured debt, because insufficient money was received from the sale of all of Debtor's real estate and mineral rights, and there is not enough money left over, after settlement and payment of all priority tax claims and secured debt, to pay the remaining unsecured debt.

2. Debtor will be under no obligation to borrow $45,000.00 from the family of James Null to make this a 100% plan and will be excused from borrowing this money.

3. Chapter 13 Trustee, Charles J. DeHart, Jr., Esquire, paid the priority sum of $6,841.26 from the $8,320.26 claim of the PA Department of Revenue from the sale of the real estate and adjoining acres leaving a remaining non-priority, unsecured balance due of $1,479.00, as per Court Order of August 4, 2011.

4. Debtor shall not be obligated to make adequate protection payments under the first and second mortgages because the first mortgage was paid in full and the second mortgage

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: June 23, 2017