```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 11-04263-JJT
Dana M. Null                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: AGarner     Page 1 of 1     Date Rcvd: Sep 14, 2017
                      Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db          #+Dana M. Null,    P.O. Box 746,    127 E. Main Street,    Lock Haven, PA 17745-1322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    JPMorgan Chase Bank, N.A. et. al ASwartz@mwc-law.com, ecfmail@mwc-law.com
        Beatriz T. Saiz    on behalf of Creditor    Internal Revenue Service Beatriz.T.Saiz@usdoj.gov, eastern.taxcivil@usdoj.gov
        Bradford J Harris    on behalf of Creditor    National Credit Union Administration Board brad@goodharris.com, info@goodharris.com;maryann@goodharris.com;bharris@psualum.com
        Brenda Sue Bishop    on behalf of Creditor    PA Dept of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
        Charles A. Szybist    on behalf of Debtor Dana M. Null charles.szybist@verizon.net
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Keri P Ebeck    on behalf of Creditor    Citizens Bank of Pennsylvania kebeck@weltman.com, jbluemle@weltman.com
        Mark A. Martini    on behalf of Creditor    National Credit Union Administration Board mmartini@rlmlawfirm.com
        Mark E Morrison    on behalf of Creditor    Internal Revenue Service USAPAM.Bankr-WilkesBarre@usdoj.gov
        Michael A Roman    on behalf of Attorney    PA Department of Revenue legalfinenf@attorneygeneral.gov
        Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                          TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Dana M. Null  
P.O. Box 746  
127 E. Main Street  
Lock Haven, PA 17745

Chapter 13  
Case No. 4:11−bk−04263−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0637

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 14, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk